# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| ACCO BRANDS CORPORATION,<br><br>    Plaintiff,<br><br>v.<br><br>ACCENTRA INC.,<br><br>    Defendant. | **JOINT STATUS REPORT REGARDING REEXAMINATION PROCEEDINGS**<br><br>Case No. 1:10-cv-02573<br>Judge Gary Feinerman |

Plaintiff ACCO Brands Corporation, and Defendant Accentra, Inc., by and through their respective attorneys, hereby submit this Joint Status Report Regarding Reexamination Proceedings in response to the Minute Entry dated May 10, 2011 (Docket No. 58).

The patent in suit, U.S. Patent No. 5,335,838 ("the '838 Patent"), is the subject of an ongoing reexamination proceeding before the U.S. Patent and Trademark Office. In a first office action (the "Office Action") dated July 13, 2011, the USPTO rejected claims 1 and 2, and confirmed the patentability of claims 3-6. Plaintiff responded to the Office Action by presenting new claims 7-17, and by arguing in favor of the patentability of original claims 1 and 2. Plaintiff also conducted a telephone interview with the patent examiners in charge of the reexamination proceedings involving the '838 Patent during which these examiners preliminarily indicated that the prior art did not teach or suggest each of the limitations of these new claims. To the extent

that the patentability of these new claims is confirmed by the USPTO, Plaintiff plans to amend its infringement contentions to assert infringement of one or more of these new claims. The patentability of original claims 1 and 2 is currently being reconsidered in view of the arguments presented in Plaintiff's response to the Office Action.

Defendant Accentra believes that it is premature to comment on the possible outcome of an ongoing administrative proceeding in which a final resolution has not been reached regarding any claims that have been or may be asserted in the present action. Accentra reserves the right to comment on substantive aspects of the reexamination proceeding if and when a confirmation of patentability is issued with respect to any such claims.

Dated: September 6, 2011

Respectfully submitted,

/s/ Jill C. Taylor
Jill C. Taylor
UNGARETTI & HARRIS LLP
3500 Three First National Plaza
Chicago, Illinois 60602
Attorneys for Plaintiff ACCO Brands Corporation

/s/ Steven Pedersen
STADHEIM & GREAR LTD.
Wrigley Tower - 22nd Floor
400 North Michigan Avenue
Chicago, Illinois 60611
Telephone: (312) 755-4400
Facsimile: (312)755-4408

Joseph F. Posillico
FOX ROTHSCHILD LLP
2000 Marker Street, 20th Floor
Philadelphia, PA 19103-3222
Telephone: (215) 299-2000
Facsimile: (215) 299-2150
Attorneys for Defendant Accentra, Inc.

70878160.1 0032880-00004